INDEX #: _____ 08 CV 03513

Date Filed: _____

Court Date: _____

**UNITED STATES DISTRICT COURT**

**COUNTY OF NEW YORK**                    **DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: POWLEY  GIBSON, P.C.    PH: 212-226-5054

Address:  304 HUDSON STREET, 2ND FLR  NEW YORK  NY  10013    File No.: 

*ALLAN S. LARSON*

*vs*                                                          Plaintiff(s)/Petitioner(s)

*JAINE ELKIND ENEY*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:          **AFFIDAVIT OF SERVICE**

____Robert Crandall____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On ____May 28, 2008____ at ____6:27PM____ ,

at ____9 KILMER ROAD, LARCHMONT, NY 10538____ , deponent served the within

CIVIL COVER SHEET, SUMMONS, COMPLAINT, GUIDLINES FOR ELECTTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING,

PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE DENNY CHIN, AND EXHIBITS

on: ____**JAINE ELKIND ENEY**____ , ____**Defendant**____ therein named.

#1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 ☐    By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the , and authorized to accept service on behalf of the .

#3 SUITABLE AGE PERSON ☒    By delivering a true copy of each to ____SUSAN SMITH____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business    [X] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐    By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business    [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

Address confirmed by _____.

#5 MAIL COPY ☒    On ____May 29, 2008____ , deponent completed service by depositing a true copy of each document to the Defendant at 9 KILMER ROAD, LARCHMONT, NY 10538

in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New Yor ☐ and Certified Mail # _____

#6 DESCRIPTION ☒    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)    Sex: __Female__    Color of skin: __White__    Color of hair: __Brown__    Age: __40 - 50 Yrs.__    Height: __5' 4" - 5' 8"__    Weight: __131 - 160 Lbs.__    Other Features: _____

#7 WIT. FEES    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC    Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT ☐    The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER ☐

Sworn to before me on ____May 29, 2008____

_____
WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct. 15, 2010

_____
Robert Crandall
Server's Lic # 0955171
Invoice/Work Order # 08014167

*SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM*