Joseph F. Fields, (JF 0040)
Edward Tessler (ET 4503)
David L. Elkind (DE 5559)
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone:  (212) 277-6500
Facsimile:  (212) 277-6501

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALLAN S. LARSON,                            :

                 Plaintiff,            :            CASE NO. 08 CV 3513 (DC)

                          :            **NOTICE OF**
           v.            :            **MOTION TO DISMISS**

                          :

JAINE ELKIND ENEY                           :

             Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that, upon the accompanying affidavit of Jaine Elkind

Eney, sworn to August 14th, 2008, the exhibits annexed thereto, and the accompanying

memorandum of law, defendant Jaine Elkind Eney, by her undersigned attorneys, will move this

Court, at a date and time to be determined by the Court, at the Courthouse, 500 Pearl Street, New

York, New York, before the Hon. Denny Chin, to dismiss this action pursuant to Rules 56(b) and

12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the

Court deems just and proper.

      TAKE FURTHER NOTICE that, pursuant to the scheduling order entered

previously in this case, answering papers, if any, shall be served so as to be received no later than

September 5, 2008, and any reply September 12, 2008.

Dated:  August 22, 2008

DICKSTEIN SHAPIRO LLP

By: _____

Joseph F. Fields, (JF 0040)
Edward Tessler (ET 4503)
David L. Elkind (DE 5559)
1177 Avenue of the Americas
New York, NY  10036-2714
(212) 277-6500 (Telephone)
(212) 277-6501 (Facsimile)

**Attorneys for Defendant
Jaine Elkind Eney**

2