AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_Southern_   DISTRICT OF   _New York_

_Alan S. Larson_

_v._

_Saine Elkind Eney_

**APPEARANCE**

Case Number: 08 CV 3513 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_Defendant_

I certify that I am admitted to practice in this court.

Date: 8/20/08

Signature: _[signature]_

Print Name: Joseph F. Fields

Bar Number:

Address: c/o Dickstein Shapiro LLP

City: 1177 Ave of Americas

State: NY   NY   Zip Code: 10038

Phone Number: 212 277 6599

Fax Number: 212 277-6501